BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:09-cr-00057-OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING AND |
| MOHAMED GASS HERSI, and ) | ORDER THEREON |
| AMRAN ISMAIL ALI, ) | |
| ) | |
| Defendants. ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the sentencing hearing currently set for **April 18, 2010** be continued to **May 23, 2011 at 9:00 a.m.** Counsel need additional time to prepare for the sentencing hearing and conduct the necessary interviews.

Dated: April 12, 2011       BENJAMIN B. WAGNER
    United States Attorney

    By: /s/ Laurel J. Montoya
    LAUREL J. MONTOYA
    Assistant U.S. Attorney

Dated: April 11, 2011       /s/ Mark King
    MARK KING
    Attorney for the Defendant
    Mohamed Gass Hersi

| | | |
|---|---|---|
| 1 | Dated: April 11, 2011 | /s/ Steven Crawford |
| 2 | | STEVEN CRAWFORD |
| | | Attorney for the Defendant |
| 3 | | Amran Ismail Ali |

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.

**Dated:   April 12, 2011**                             /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE