# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMED GASS HERSI,<br><br>Defendant. | 1:09-cr-00057 LJO<br><br>ORDER DENYING DEFENDANT HERSI'S MOTION TO EXPUNGE HIS CONVICTION (Doc. 300) |

Defendant Mohamed Gass Hersi moves this Court to expunge his 2011 conviction of Conspiracy to Possess Khat with the intent to distribute. Doc. 300. The motion is based upon 18 U.S.C. § 3607(c). The Government opposes the motion. Doc. 301.

The cited statutory basis for the instant motion requires the defendant to be under the age of 21 at the time of the committed offense, AND that the defendant must have completed pre-judgment probation. Neither requirement exists in the instant case. The motion is DENIED.

IT IS SO ORDERED.

Dated:   **December 22, 2014**         /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1